IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V | § § | NO: 7:13-CR-07-O |
| JUAN DERRICK MARTINEZ | § § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**JUAN DERRICK MARTINEZ**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 1 and Count 2 of the Indictment**. After cautioning and examining **JUAN DERRICK MARTINEZ** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were each knowledgeable and voluntary and that each of the offenses charged are supported by an independent basis in fact containing each of the essential elements of each offense. I therefore recommend that the pleas of guilty to **Count 1 and Count 2** be accepted and that **JUAN DERRICK MARTINEZ** be adjudged guilty of each count and have sentence imposed accordingly.

Date: July 16, 2013

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).